## Commonwealth, Appellant, *v.* Johnson.

Argued December 4, 1972. *Elliott D. Goldberg,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellant; *John R. Merrick,* Public Defender, for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Jones, Appellant.

Argued December 4, 1972. *Marilyn J. Gelb,* for appellant; *James T. Ranney,* Assistant District Attorney, with him *Joseph C. Murray* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.